IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )   Criminal No. 08-206
                                  )
MICHAEL VASALECH                  )

O R D E R

AND NOW, to wit, this _17th_ day of _Feb_____, 2009,
upon consideration of the Motion to Set Case Off Court Calendar,
heretofore filed by the United States of America, IT IS HEREBY
ORDERED that said Motion is GRANTED.

IT IS FURTHER observed by the Court that the prosecution
of defendant, Michael Vasalech, has been deferred for a period of
twelve (12) months by the United States Attorney pursuant to a
written agreement with the defendant, for the purpose of allowing
the defendant to demonstrate good conduct and thereby avoid further
prosecution of this case, and that said action of the United States
Attorney meets with the approval of this Court.

IT IS FURTHER ORDERED that the case at Criminal No.
08-206 as to defendant, Michael Vasalech, is hereby set off the
calendar of the Court, and IT IS ORDERED that said case is hereby
returned to the Clerk of Court pending further motion of the United
States Attorney or the defendant, Michael Vasalech.

UNITED STATES DISTRICT JUDGE

cc:  Defense Counsel
     United States Attorney
     Pretrial Services