IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-206 |
| | ) | |
| MICHAEL VASALECH | ) | |

ORDER OF COURT

AND NOW, to wit, this 13th day of July, 2010, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 08-206 as to defendant Michael Vasalech is hereby DISMISSED.

UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
 United States Attorney
 United States Marshals Service
 Pretrial Services